FILED

2011 Jul-05  PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **AHMED S. FARAH,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No.  7:06-cv-00088-AKK** |
| **THE DCH HEALTHCARE** ) | |
| **AUTHORITY, INC., an Alabama,** ) | |
| **nonprofit corporation, *et al.*,** ) | |
| ) | |
| **Defendants** ) | |

## MEMORANDUM OPINION

On June 15, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful and *de novo* consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge.  The court finds that no genuine issues of material fact exist and that the Motions for Summary Judgment filed by defendants DCH Healthcare Authority (Doc. 226), John Ferguson, M.D. (Doc. 223) and David Rice, M.D. (Doc. 224) are due to be granted with respect to all claims asserted by plaintiff in this action.

A separate Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE the 5th day of July, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE
